Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>Plaintiff,<br><br>v.<br><br>HARSCH INVESTMENT CORP.; HARSCH INVESTMENT PROPERTIES, LLC; DCG INVESTMENT PROPERTIES, LLC; DOWNTOWN CENTER GARAGE PARTNERSHIP; ARELENE SCHNITZER; HAROLD J. SCHNITZER; DOE TRUSTEES 1 through 20; DOE GENERAL PARTNERS 21 through 35; and DOES 36 through 50, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C09-0588 WHA<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT; [Proposed] ORDER** |

The parties are pleased to report that the parties have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have now memorialized the settlement through written agreement.

Therefore, the parties request that this Court dismiss the action with prejudice, and that the

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. C09-0588 WHA**

1  Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

2

3  Dated: April 14, 2009         THIMESCH LAW OFFICES
                                 TIMOTHY S. THIMESCH, ESQ.
4                                GENE FARBER, ESQ. – Of Counsel

5                                /S/ Signature Authorized
                                 Attorneys for Plaintiff
6                                HOLLYNN D'LIL

7

8  **APPROVED AS TO FORM:**

9  Dated: April 14, 2009         ADAM DAWSON
                                 MONALI S. SHETH
10                               FARELLA BRAUN + MARTEL LLP

11

12
                                 /S/ Signature Authorized
13                               Attorneys for Attorneys for Defendants HARSCH
                                 INVESTMENT CORP.; HARSCH INVESTMENT
14                               PROPERTIES, LLC; DCG INVESTMENTS
                                 PROPERTIES, LLC; DOWNTOWN CENTER
15                               GARAGE PARTNERSHIP and its DOE GENERAL
                                 PARTNERS; ARELENE SCHNITZER; HAROLD
16                               J. SCHNITZER; and the DOE TRUSTEES OF THE
                                 Harold J. Schnitzer Living Trust and Arlene
17                               Schnitzer Living Trust

18

19

20
                                 **ORDER**
21
   SO ORDERED.
22

23
   Dated: _____           _____
24                               HON. WILLIAM H. ALSUP
                                 JUDGE OF U.S. DISTRICT COURT
25

26

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. C09-0588 WHA**                                  — 2 —