1  **Thimesch Law Offices**
   TIMOTHY S. THIMESCH, ESQ., No. 148213
2  GENE A. FARBER, ESQ., No. 44215 – Of Counsel
   158 Hilltop Crescent
3  Walnut Creek, CA 94597-3452
   Tel: 925-588-0401
4  Fax: 888-210-8868

5  Attorneys for Plaintiff
   HOLLYNN D'LIL
6

7

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9

10  HOLLYNN D'LIL,                          CASE NO. C09-0588 WHA
                                            Civil Rights
11         Plaintiff,

12  v.                                      **PLAINTIFF'S REQUEST FOR
                                            DISMISSAL WITH RETAINED
13  HARSCH INVESTMENT CORP.; HARSCH         JURISDICTION TO INTERPRET AND
    INVESTMENT PROPERTIES, LLC; DCG         ENFORCE SETTLEMENT
14  INVESTMENT PROPERTIES, LLC;             AGREEMENT; [Proposed] ORDER**
    DOWNTOWN CENTER GARAGE
15  PARTNERSHIP; ARELENE SCHNITZER;
    HAROLD J. SCHNITZER; DOE TRUSTEES
16  1 through 20; DOE GENERAL PARTNERS
    21 through 35; and DOES 36 through 50,
17  Inclusive,

18         Defendants.

19

20
                                                    /
21  _____

22         The parties are pleased to report that the parties have reached a complete settlement in all

23  respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable

24  statutory attorney fees, litigation expenses and costs.  The parties have now memorialized the

25  settlement through written agreement.

26         Therefore, the parties request that this Court dismiss the action with prejudice, and that the

27  ////

28

Request for Dismissal With Retained Jurisdiction:
Case No. C09-0588 WHA

1   Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

2

3   Dated: April 14, 2009          THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH, ESQ.
4                                  GENE FARBER, ESQ. – Of Counsel

5                                  /S/ Signature Authorized
                                   Attorneys for Plaintiff
6                                  HOLLYNN D'LIL

7

8   **APPROVED AS TO FORM:**

9   Dated: April 14, 2009          ADAM DAWSON
                                   MONALI S. SHETH
10                                  FARELLA BRAUN + MARTEL LLP

11

12                                 /S/ Signature Authorized
13                                 Attorneys for Attorneys for Defendants HARSCH
                                   INVESTMENT CORP.; HARSCH INVESTMENT
14                                 PROPERTIES, LLC; DCG INVESTMENTS
                                   PROPERTIES, LLC; DOWNTOWN CENTER
15                                 GARAGE PARTNERSHIP and its DOE GENERAL
                                   PARTNERS; ARELENE SCHNITZER; HAROLD
16                                 J. SCHNITZER; and the DOE TRUSTEES OF THE
                                   Harold J. Schnitzer Living Trust and Arlene
17                                 Schnitzer Living Trust

18

19

20                                 **ORDER**

21   SO ORDERED.

22                                 IT IS SO ORDERED
                                   AS MODIFIED
23   Dated: April 14, 2009         Judge William Alsup

24                                 HON. WILLIAM H. ALSUP
                                   JUDGE OF U.S. DISTRICT COURT
25

26       The Court will retain jurisdiction over this action for **one year** only.

27

28

**Request for Dismissal With Retained Jurisdiction:**
**Case No. C09-0588 WHA**
                                                          — 2 —